# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DEBBIE R. PENN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:22-cv-01067-MTS |
| LT. ANNABELLA ARTHUR, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own motion. Plaintiff Debbie R. Penn has filed a civil action pursuant to 42 U.S.C. § 1983. Doc. [1]. However, she has not filed a motion for leave to proceed in forma pauperis or paid the filing fee. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis"). Plaintiff will therefore be directed to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order. If plaintiff files a motion for leave to proceed in forma pauperis, she must include a copy of her inmate account statement for the six-month period immediately preceding the filing of her complaint. Failure to comply within **thirty (30) days** of the date of this order will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of its motion for leave to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff files a motion for leave to proceed in forma pauperis, she must include a copy of her inmate account statement for the six-month period preceding the filing of her complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed in forma pauperis or pay the full filing fee within **thirty (30) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 8th day of November, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE